

**FILED**

8:33 am, 9/6/12
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MICHAEL G. LEE, a Wyoming resident, | |
| Plaintiff(s), | |
| vs. | Case No. 11-CV-00067-J |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, | |
| Defendant(s). | |

### JUDGMENT

**THIS MATTER** came before the Court on *Plaintiff's Appellate Brief,* preceded by *Plaintiff's Motion to Supplement the Administrative Record with Extra-Record Evidence*, all filed by the Plaintiff, Michael G. Lee. Defendant, Life Insurance Company of North America ("LINA") filed *LINA'S Response to Lee's Appellate Brief* and *LINA'S Response to Lee's Motion to Supplement the Administrative Record with Extra-Record Evidence.* Lee replied to both of the Defendant's responses. These matters were argued to the Court and submitted on October 12, 2011. Having considered the parties' arguments, the pleadings of record, the administrative record and the applicable law, the Court has filed its **ORDER ON**

**REVIEW OF DECISION TO TERMINATE LONG-TERM DISABILITY BENEFITS, REVERSING DECISION AND REINSTATING BENEFITS**, and being fully advised, **IT IS ORDERED AND ADJUDGED** as follows:

a) *Plaintiff's Motion to Supplement the Administrative Record with Extra-Record Evidence* should be and the same is **DENIED** and the Defendant's decision to terminate Plaintiff's long-term disability benefits has been based only upon the evidence in the administrative record;

b) Defendant's decision to terminate Plaintiff's long-term disability benefits should be and the same is **REVERSED**.

c) Plaintiff's long-term disability benefits shall be **REINSTATED** in the capacity of "any occupation."

Dated this 6th day of September, 2012.

                                                                        *Alan B. Johnson*
                                                                        _____
                                                                        Alan B. Johnson
                                                                        United States District Judge