Walter F. Eggers, III, P.C.
HOLLAND & HART LLP
2515 Warren Ave., Suite 450
Cheyenne, WY 82001
Telephone: (307) 778-4208
Facsimile: (307) 778-8175
E-mail: weggers@hollandhart.com

Jack M. Englert, Jr., *pro hac vice*
HOLLAND & HART LLP
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, CO 80111
Telephone: (303) 290-1087
Facsimile: (303) 290-1606
E-mail: jenglert@hollandhart.com

ATTORNEYS FOR DEFENDANT LIFE INSURANCE
COMPANY OF NORTH AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **MICHAEL G. LEE, a Wyoming resident,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LIFE INSURANCE COMPANY OF** )<br>**NORTH AMERICA, a Pennsylvania** )<br>**Corporation,** ) | Case No. 11-CV-067-J |

### LINA'S NOTICE OF APPEAL

Pursuant to Fed .R. App. P. 3 and 4, defendant Life Insurance Company of North America ("LINA") gives notice of its appeal to the United States Court of Appeals for the Tenth Circuit from: (a) the Order on Review of Decision to Terminate Long-Term Disability Benefits, Reversing Decision and Reinstating Benefits entered by the District Court on September 6, 2012 (ECF No. 35), (b) the final judgment entered by the District Court on September 6, 2012 (ECF No. 36), and (c) all other underlying orders and rulings adverse to LINA.

Dated this 5th day of October, 2012.

          Respectfully submitted,

          s/ *Jack M. Englert, Jr.*
          Jack M. Englert, Jr., *pro hac vice*
          HOLLAND & HART LLP
          6380 S. Fiddler's Green Circle, Suite 500
          Greenwood Village, CO 80111
          Telephone: (303) 290-1087

          Walter F. Eggers, III, P.C.
          HOLLAND & HART LLP
          2515 Warren Ave., Suite 450
          Cheyenne, WY 82001
          Telephone: (307) 778-4208

          ATTORNEYS FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2012, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Glenn E. Smith, Esq.
>E-mail: nyyanks37373@aol.com

>/s/ *Jack M. Englert, Jr.*

5780976_1