FILED
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**December 10, 2012**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

MICHAEL G. LEE, a Wyoming resident,

    Plaintiff - Appellee,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,

    Defendant - Appellant.

No. 12-8072
(D.C. No. 2:11-CV-00067-ABJ)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk